CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUL 1 1 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 2:17CR13 |
| MILL BRANCH COAL, LLC | : |

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

1. From in or about January 2015 through in or about June 2015, in the Western District of Virginia, MILL BRANCH COAL, LLC, through its agents and employees, knowingly gave advance notice of inspections to be conducted under Title 30, Chapter 22.

2. During this time period, agents and employees of MILL BRANCH COAL, LLC, using text messaging devices designed to be used in underground mines, gave advance notice to other employees of Mine Safety and Health Administration inspections at a mine operated by MILL BRANCH COAL, LLC.

3. All in violation of Title 30, United States Code, Section 820(e).

This 11th day of July, 2017.

RICK A. MOUNTCASTLE
Acting United States Attorney